# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JIM HARRIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:15-cv-00026-SNLJ |
| | ) | |
| CORIZON LLC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff's "sworn affidavit in support of plaintiff['s] claim" seeking an "emergency preliminary injunction and temporary restraining order." (#126). The Court will treat plaintiff's "affidavit" as a motion for injunctive relief.

This case has already reached a settlement (#115, 121) among all remaining defendants and, further, all defendants were voluntarily dismissed by plaintiff (#122). The Court notes plaintiff has previously attempted to file an action against his appointed counsel in this case for legal malpractice in *Harris v. Law Office of Kevin J. Dolley, et al.*, Case No. 1:18-cv-00059-ACL, which was dismissed for lack of subject-matter jurisdiction. That case involved plaintiff's apparent dissatisfaction with the settlement reached in this case. Plaintiff's alleges new claims of deliberate indifference against a new set of medical providers. Therefore, plaintiff must file a new action rather than seek injunctive relief in this case. *See De Beers Consolidated Mines v. United States*, 325 U.S. 212, 220 (1945) (an injunction should not issue when "it deals with a matter lying wholly

1

outside the issues in the suit"); *Atakpu v. Lawson*, 2006 WL 3803193 at *2 (S.D. Ohio Nov. 28, 2006) (detainee's motion seeking injunctive relief denied as unrelated to his complaint). Finally, the Court also notes that, according to plaintiff's motion, he is being treated by a "Dr. Tippen," who plaintiff does not suggest has been deliberately indifferent to his medical needs. Mere disagreement with the treatment being received is inadequate to state a constitutional violation. *See Dulany v. Carnahan*, 132 F.3d 1234, 1239 (8th Cir. 1997).

The Court finds no reason to reopen this matter pursuant to plaintiff's motion for injunctive relief. Plaintiff's motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "sworn affidavit in support of plaintiff['s] claim" seeking an "emergency preliminary injunction and temporary restraining order" (#126) is **DENIED**.

So ordered this 28th day of September 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE